DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS A. HOLLIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-3093

[March 9, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Coates, Jr., Judge; L.T. Case No. 50-2001-CF-008538-AXXXX-MB.

Luis A. Hollis, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***